IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00079-MSK-MJW

MATTHEW COLADONATO,

Plaintiff(s),

v.

EHRLICH VEHICLES, INC.,

Defendant(s).

MINUTE ORDER

      It is hereby ORDERED that Defendant's Unopposed Motion to Reschedule Scheduling/Planning Conference (docket no. 6) is DENIED.  There is no requirement that an Answer to filed before a Rule 16 Scheduling Conference can be conducted. Moreover, if Defendant believes that Plaintiff's counsel has failed to comply with this court's previous orders then Defendant can file any appropriate motion requesting sanctions be imposed against Plaintiff's counsel.

Date:  March 22, 2006