IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00079-MSK-MJW

MATTHEW COLADONATO,

    Plaintiff,

v.

EHRLICH VEHICLES, INC., d/b/a EHRLICH NISSAN,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER coming before the Court on the Stipulation for Dismissal with Prejudice (**#15**), and the Court having examined said Stipulation,

    IT IS HEREBY ORDERED that the above-entitled cause of action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney's fees.

    IT IS FURTHER ORDERED that the five-day jury trial scheduled to commence on April 2, 2007 is vacated.  The Clerk is shall close this case.

    Dated this 2nd day of May 2006.

    **BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge